UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND L. RUCKER,

    Plaintiff,　　　　　　　　　　Case No. 04-73636

vs.　　　　　　　　　　　　　　　HON. GEORGE CARAM STEEH
　　　　　　　　　　　　　　　　MAG. JUDGE WALLACE CAPEL, JR.
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The court having reviewed the Magistrate Judge's Report and Recommendation, filed on April 25, 2005, as well as any objections filed thereto,

IT IS ORDERED that the Report is accepted and entered as the findings and conclusions of this court.

                      s/George Caram Steeh
                      GEORGE CARAM STEEH
                      UNITED STATES DISTRICT JUDGE

Dated: June 13, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 13, 2005, by electronic and/or ordinary mail.

                      s/Josephine Chaffee
                      Secretary/Deputy Clerk